USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
PROB 22
(Rev. 2/88)
DATE FILED:
NOV 2 3 2020

**TRANSFER OF JURISDICTION**

| | DOCKET NUMBER *(Tran. Court)* |
| | 16CR168-1 |
| | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | | |
|---|---|---|---|
| Michael Marrero | SOUTHERN DISTRICT OF NEW YORK | | |
| | NAME OF SENTENCING JUDGE | | |
| | George B. Daniels | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 4/1/2020 | TO 3/31/2025 |

OFFENSE

Conspiracy to Distribute and Possess with Intent to Distribute Cocaine. – in violation of 21 USC 846, a Class B Felony

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

NOV 2 3 2020

_____
*Date*

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF NEW JERSEY"

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
*Effective Date*

_____
*United States District Judge*